Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAIM QASEMI, | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 25-CV-6020 |
| Petitioner, | |
| v. | |
| MERRICK b. GARLAND, et al., | |
| Respondents. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition is denied.  The Clerk of Court is directed to close the case.

Date: April 10, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Rosemarie M. Eby-Collom
    Deputy Clerk